**Fill in this information to identify your case:**

Debtor 1: Ronald D Dotzauer (First Name / Middle Name / Last Name)

Debtor 2: _____ (Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Western District of Washington

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Creditor's Name: KeyBank
Number Street: PO Box 89446
City: Cleveland State: OH ZIP Code: 44101
Contact: _____
Contact phone: _____

What is the nature of the claim? credit card

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 10,500.00

**2**

Creditor's Name: John Oceguera
Number Street: 7859 West Wigwam Ave.
City: Las Vegas State: NV ZIP Code: 89113
Contact: _____
Contact phone: _____

What is the nature of the claim? contingent contract claim

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 2,000,000.00

Debtor 1  Ronald D Dotzauer  
First Name / Middle Name / Last Name

Case number (if known) _____

**Unsecured claim**

| 3 | Eric Sorenson |
|---|---|

Creditor's Name: Eric Sorenson  
Number Street: 2309 N. 62nd St.  
City: Seattle  State: WA  ZIP Code: 98103  
Contact:  
Contact phone:  

What is the nature of the claim? **judgment**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ 6,163,778.90

---

| 4 | Canepa-Rotoli Living Trust* |
|---|---|

Creditor's Name: Canepa-Rotoli Living Trust*  
Number Street:  
City:  State:  ZIP Code:  
Contact:  
Contact phone:  

What is the nature of the claim? **contingent contract claim**

As of the date you file, the claim is: Check all that apply.
☑ Contingent    *(A.G.C.R.'s S.P.) u/a/d September 27, 2019, Ardea G. Canepa-Rotoli, trustee
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ 2,000,000.00

---

| 5 | |
|---|---|

Creditor's Name:  
Number Street:  
City:  State:  ZIP Code:  
Contact:  
Contact phone:  

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ _____

---

| 6 | |
|---|---|

Creditor's Name:  
Number Street:  
City:  State:  ZIP Code:  
Contact:  
Contact phone:  

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ _____

---

| 7 | |
|---|---|

Creditor's Name:  
Number Street:  
City:  State:  ZIP Code:  
Contact:  
Contact phone:  

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim: $_____

$ _____

| | | |
|---|---|---|
| Debtor 1 | Ronald D Dotzauer | Case number (if known) _____ |
| | First Name  Middle Name  Last Name | |

| | | **Unsecured claim** |
|---|---|---|

### 8
Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  – $_____
          Unsecured claim  $_____

### 9
Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  – $_____
          Unsecured claim  $_____

### 10
Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $ /s/ Ronald D Dotz
          Value of security:  – $_____
          Unsecured claim  $_____

### 11
Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  – $_____
          Unsecured claim  $_____

### 12
Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
          Value of security:  – $_____
          Unsecured claim  $_____

Debtor 1   Ronald D Dotzauer       Case number (if known)_____
         First Name  Middle Name  Last Name

| | | Unsecured claim |

**13**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim  $_____

**14**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim  $_____

**15**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim  $_____

**16**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim  $_____

**17**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured): $_____
       Value of security: – $_____
       Unsecured claim  $_____

Debtor 1  Ronald D Dotzauer  
    First Name    Middle Name    Last Name

Case number *(if known)* _____

| | Unsecured claim |
|---|---|

**18**  
Creditor's Name: _____  
Number Street: _____  
_____  
City State ZIP Code  
Contact: _____  
Contact phone: _____

What is the nature of the claim? _____  $ _____

**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☐ None of the above apply  

**Does the creditor have a lien on your property?**  
☐ No  
☐ Yes. Total claim (secured and unsecured): $ _____  
    Value of security: – $ _____  
    Unsecured claim: $ _____

**19**  
Creditor's Name: _____  
Number Street: _____  
_____  
City State ZIP Code  
Contact: _____  
Contact phone: _____

What is the nature of the claim? _____  $ _____

**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☐ None of the above apply  

**Does the creditor have a lien on your property?**  
☐ No  
☐ Yes. Total claim (secured and unsecured): $ _____  
    Value of security: – $ _____  
    Unsecured claim: $ _____

**20**  
Creditor's Name: _____  
Number Street: _____  
_____  
City State ZIP Code  
Contact: _____  
Contact phone: _____

What is the nature of the claim? _____  $ _____

**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☐ None of the above apply  

**Does the creditor have a lien on your property?**  
☐ No  
☐ Yes. Total claim (secured and unsecured): $ _____  
    Value of security: – $ _____  
    Unsecured claim: $ _____

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ /s/ Ronald D Dotzauer  
Signature of Debtor 1

✗ _____  
Signature of Debtor 2

Date 01/09/2024  
    MM / DD / YYYY

Date _____  
    MM / DD / YYYY

Official Form 104      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 5

Case 24-10052  Doc 1-1  Filed 01/11/24  Ent. 01/11/24 11:15:55  Pg. 5 of 5