BECU
PO Box 97050
Seattle, WA 98124


KeyBank
PO Box 89446
Cleveland, OH 44101-6446


KeyBank
PO Box 94920
Cleveland, OH 44101-4920

Legal Papers Served
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA, 71203

Toyota Financial Services
PO Box 22171
Tempe, AZ 85285


John Oceguera
7859 West Wigwam Avenue
Las Vegas, NV 89113


Eric Sorenson
2309 N. 62nd St.
Seattle, WA 98103