Hon. Timothy W. Dore
Ch. 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

In re:

RONALD D. DOTZAUER,

Debtor.

Case No. 24-10052-TWD

**DEBTOR'S PROJECTED BUDGET**

Ronald D. Dotzauer, the debtor-in-possession, by and through his counsel, hereby submits the following projected budget of income and expenses for the period February 2024 to July 2024 pursuant to Local Rules W.D. Wash. Bank. 2015-1(c).

I. INCOME

| | |
|---|---|
| Gross Employment Income | $474,999.96 |
| Less income tax, Medicare & Social Security deductions | $182,995.32 |
| Net Employment Income | $292,000.44 |
| Social Security Income | $22,032.00 |
| TOTAL INCOME | $314,032.44 |

II. EXPENSES

| | |
|---|---|
| Mortgage payment | $25,170.00 |
| Real estate taxes | $6,552.00 |
| Homeowner's insurance | $2,664.00 |
| Home maintenance, repairs & upkeep | $6,000.00 |
| Home equity mortgage payment | $13,476.00 |
| Electricity, heat, natural gas | $7,200.00 |
| Phone, cell phone, internet, cable services | $1,800.00 |

DEBTOR'S PROJECTED BUDGET - 1

S&W & Wilmer
600 University Street, Suite 310
Seattle, WA 98101
206.741.1420

| | |
|---|---:|
| House cleaning | $3,000.00 |
| Food & housekeeping supplies | $9,000.00 |
| Clothing, laundry & dry cleaning | $3,000.00 |
| Personal care products and services | $1,200.00 |
| Medical and dental expenses | $600.00 |
| Transportation | $3,000.00 |
| Entertainment, clubs, recreation, newspapers, magazines & books | $12,000.00 |
| Vehicle insurance | $2,820.00 |
| Boat insurance | $1,692.00 |
| Car payment - vehicle 1 | $13,200.00 |
| Car payment - vehicle 2 | $8,376.00 |
| Boat payment | $13,560.00 |
| Horse trailer payment | $1,962.00 |
| Moorage, storage & sanitation | $6,000.00 |
| Business-related expenses | $90,000.00 |
| Fees and expenses associated with this proceeding | $90,000.00 |
| TOTAL EXPENSES | $322,272.00 |

Dated: February 13, 2024

S&W & WILMER L.L.P.

By: */s/ Bradley R. Duncan*
Bradley R. Duncan, WSBA No. 36436
Joshua A. Rataezyk, WSBA No. 33046
600 University Street, Suite 310
Seattle, WA 98101
Tel: 206.741.1420
Email: bduncan@swlaw.com
jrataezyk@swlaw.com

Attorneys for Debtor

4893-8726-8261

DEBTOR'S PROJECTED BUDGET - 2

S&W & Wilmer
600 University Street, Suite 310
Seattle, WA 98101
206.741.1420

Case 24-10052-TWD    Doc 42    Filed 02/13/24    Ent. 02/13/24 19:10:55    Pg. 2 of 2