UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

RONALD D. DOTZAUER,

    Debtor.

CASE NO. 24-10052-TWD

STIPULATION FOR ORDER EXTENDING TIME TO FILE NONDISCHARGEABILITY COMPLAINT

COME NOW the Debtor, Ronald Dotzauer ("Debtor"), creditor Strategies 360, Inc. ("S360"), and the Official Committee of Unsecured Creditors of Strategies 360, Inc. ("S360 Committee" and together with the Debtor and S360, the "Parties"), each by and through their undersigned counsel, and stipulate as follows:

The Parties hereby consent to entry of an order extending the time within which S360 may file a complaint herein under 11 U.S.C. § 523 to August 13, 2024. The agreed form of order is submitted herewith.

DATED this 10th day of April 2024.

        DBS LAW

        */s/ Dominique R. Scalia*
        Daniel J. Bugbee, WSBA No. 42412
        Dominique R. Scalia, WSBA No. 47313
        *Counsel for the Official Committee of*
        *Unsecured Creditors*



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

| | |
|---|---|
| 1 | |
| 2 | BUSH KORNFELD LLP |
| 3 | */s/ Thomas A. Buford* |
| | Thomas A. Buford, WSBA No. 52969 |
| 4 | Christine M. Tobin-Presser, WSBA No. 27628 |
| | Jason Wax, WSBA No. 41944 |
| 5 | *Attorneys for Strategies 360, Inc.* |
| 6 | |
| 7 | SNELL & WILMER LLP |
| 8 | */s/ Bradley Duncan* |
| | Bradley Duncan, WSBA No. 36436 |
| 9 | Joshua Rataezyk, WSBA No. 33046 |
| | *Attorneys for Ronald Dotzauer* |

STIPULATION RE EXTENSION OF TIME TO FILE
NONDISCHARGEABILITY COMPLAINT – 2



DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

Case 24-10052-TWD    Doc 68    Filed 04/10/24    Ent. 04/10/24 17:29:06    Pg. 2 of 2