**Fill in this information to identify your case:**

Debtor 1: Ronald     D.     Dotzuaer
          First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number: 24-10052-TWD
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Ronald D. Dotzauer             ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date 04/17/2024             Date _____
     MM / DD / YYYY                   MM / DD / YYYY

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Ronald D. Dotzauer |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number (If known) | 24-10052-TWD |

☑ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 17317 OK Mill Road | From 01/01/1995 | | From _____ |
| Number Street | To 01/24/2024 | Number Street | To _____ |
| Snohomish WA 98290 | | | |
| City State ZIP Code | | City State ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number Street | To _____ | Number Street | To _____ |
| | | | |
| City State ZIP Code | | City State ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Official Form 107  Statement of Financial Affairs for Individuals Filing for Bankruptcy  page 1

Debtor 1  Ronald  D.  Dotzauer                     Case number (if known) 24-10052-TWD
        First Name   Middle Name    Last Name

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

   |  | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   |  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 39,583.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
   | **For last calendar year:**<br>(January 1 to December 31, 2023) | ☒ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 1,049,117.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
   | **For the calendar year before that:**<br>(January 1 to December 31, 2022) | ☒ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 840,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

   |  | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   |  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | Tricon Sales LLC<br>Social Security | $ 0.00<br>$ 3,672.00<br>$ | | $<br>$<br>$ |
   | **For last calendar year:**<br>(January 1 to December 31, 2023) | Tricon Sales LLC<br>Social Security | $ 0.00<br>$ 10,674.00<br>$ | | $<br>$<br>$ |
   | **For the calendar year before that:**<br>(January 1 to December 31, 2022) | Tricon Sales LLC<br>Social Security | $ 0.00<br>$ 33,098.00<br>$ | | $<br>$<br>$ |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 2

| Debtor 1 | Ronald | D. | Dotzauer | Case number (if known) 24-10052-TWD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

*Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Chase Mortgage** <br> 700 Kansas Lane <br> Mail Code AL4-55555 <br> Monroe, LA 71203 | 01/01/2024 <br> 12/01/2023 <br> 11/01/2023 | $10,487.00 | $995,000.00 | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **BECU** <br> PO Box 97050 <br> Seattle, WA 98124 | 12/15/2023 <br> 11/15/2023 <br> 10/15/2023 | $6,392.00 | $247,400.00 | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **KeyBank** <br> PO Box 93885 <br> Cleveland, OH 44101 | 01/05/2024 <br> 12/05/2023 <br> 11/05/2023 | $6,780.00 | $248,665.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other boat |

See also attached Addendum

Debtor 1     Ronald     D.     Dotzauer         Case number (*if known*) 24-10052-TWD
        First Name    Middle Name    Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name _____<br>Number Street _____<br>_____<br>City State ZIP Code | _____ | $_____ | $_____ | |
   | Insider's Name _____<br>Number Street _____<br>_____<br>City State ZIP Code | _____ | $_____ | $_____ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name _____<br>Number Street _____<br>_____<br>City State ZIP Code | _____ | $_____ | $_____ | |
   | Insider's Name _____<br>Number Street _____<br>_____<br>City State ZIP Code | _____ | $_____ | $_____ | |

| Debtor 1 | Ronald | D. | Dotzauer | Case number (if known) 24-10052-TWD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Eric Sorenson v. Ron Dotzauer, et al.<br>Case number: 23-2-14006-1SEA | breach of contract | King County Superior Court<br>*Court Name*<br>516 Third Avenue<br>*Number Street*<br>Seattle WA 98104<br>*City State ZIP Code* | ☐ Pending<br>☒ On appeal<br>☐ Concluded |
| Case title: Strategies 360 Inc.<br>Case number: 23-12303-TWD | Chapter 11 bankruptcy | U.S. Bankruptcy Court<br>*Court Name*<br>700 Stewart St., #6301<br>*Number Street*<br>Seattle WA<br>*City State ZIP Code* | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

See also attached Addendum

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☒ Yes. Fill in the information below.

| Creditor | Describe the property | Date | Value of the property |
|---|---|---|---|
| Eric Sorenson, c/o Christopher Wyant<br>*Creditor's Name*<br>925 Fourth Avenue<br>*Number Street*<br>Suite 2900<br>Seattle WA 98104<br>*City State ZIP Code* | bank account at Bank of America<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☒ Property was garnished.<br>☐ Property was attached, seized, or levied. | 12/28/2023 | $ 125,545.39 |
| Eric Sorenson, c/o Christopher Wyant<br>*Creditor's Name*<br>925 Fourth Avenue<br>*Number Street*<br>Suite 2900<br>Seattle WA 98104<br>*City State ZIP Code* | bank account at KeyBank<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☒ Property was garnished.<br>☐ Property was attached, seized, or levied. | 12/02/2023 | $ 4,182.43 |

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page 5

Debtor 1  Ronald   D.   Dotzauer        Case number (if known) 24-10052-TWD
         First Name  Middle Name  Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ☒ No
   ☐ Yes. Fill in the details.

   | Creditor's Name / Address | Describe the action the creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | _____ Creditor's Name / _____ Number Street / _____ City State ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | _____ | $ _____ |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ☒ No
   ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☐ No
    ☒ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | Travis Dotzauer — Person to Whom You Gave the Gift / Number Street / City State ZIP Code / Person's relationship to you: son | Christmas gift | 12/25/2023 | $ 1,000.00 |
    |  |  | 12/22/2023 | $ 1,000.00 |
    | Tanner Dotzauer — Person to Whom You Gave the Gift / Number Street / City State ZIP Code / Person's relationship to you: son | Christmas gift | 12/25/2023 | $ 1,000.00 |
    |  |  | 12/25/2022 | $ 1,000.00 |

*See Addendum

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 6

Debtor 1  Ronald   D.   Dotzauer         Case number (*if known*) 24-10052-TWD
       First Name  Middle Name  Last Name

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ☑ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br>Number   Street<br><br>_____<br>City    State    ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
   ☑ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
   **X** No
   ☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City    State    ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | _____<br><br>_____ | $_____<br><br>$_____ |

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **7**

Debtor 1  Ronald D. Dotzauer   Case number (if known) 24-10052-TWD

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number Street | | | |
| | | _____ | $_____ |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ☑ No
   ☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number Street | | | |
| | | _____ | $_____ |
| City State ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☐ No
   **X** Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Cynthia First Dotzauer<br>Person Who Received Transfer<br>PO Box 87<br>Number Street<br><br>Edmonds WA 98020<br>City State ZIP Code<br>Person's relationship to you  spouse | undeveloped land in Island County, WA:<br>Parcel No. 802404<br>GEO ID: R13303-340-3920<br>That portion of Government Lot 2, Section 3, Township 33 North, Range 1 East, W.M.<br>Value: unknown | | 02/26/2023 |
| Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you _____ | | | _____ |

Official Form 107  Statement of Financial Affairs for Individuals Filing for Bankruptcy  page **8**

Debtor 1  Ronald  D.  Dotzauer  Case number (if known) 24-10052-TWD

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust _____ | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| | | _____ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution**<br>**Number  Street**<br>**City       State   ZIP Code** | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| **Name of Financial Institution**<br>**Number  Street**<br>**City       State   ZIP Code** | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution**<br>**Number  Street**<br>**City       State   ZIP Code** | **Name**<br>**Number  Street**<br>**City       State   ZIP Code** | | ☐ No<br>☐ Yes |

Official Form 107  Statement of Financial Affairs for Individuals Filing for Bankruptcy  page 9

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Anacortes Marina<br>*Name of Storage Facility*<br>2415 T Ave., Suite 1<br>*Number  Street*<br>PO Box 846<br>Anacortes     WA<br>*City        State    ZIP Code* | _____<br>Name<br>_____<br>Number   Street<br>_____<br>City  State  ZIP Code | fishing poles<br>downriggers<br>life vests<br>miscellaneous boat gear | ☐ No<br>☑ Yes |

### Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**
☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name<br>_____<br>Number  Street<br>_____<br>City    State    ZIP Code | _____<br>Number   Street<br>_____<br>City        State    ZIP Code | | $_____ |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site<br>_____<br>Number  Street<br>_____<br>City   State   ZIP Code | _____<br>Governmental unit<br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | | _____ |

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| _____ Name of site | _____ Governmental unit | _____ |
| _____ Number  Street | _____ Number  Street | |
| _____ City  State  ZIP Code | _____ City  State  ZIP Code | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____ Court Name | | ☐ Pending |
| _____ | _____ Number  Street | | ☐ On appeal |
| _____ Case number | _____ City  State  ZIP Code | | ☐ Concluded |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☒ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Strategies 360 Inc.<br>Business Name | corporate communications | EIN: 9 1 – 1 3 0 4 5 5 5 |
| 1505 Westlake Ave. N.<br>Number  Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| Suite 1000 | John Rosenberg | From 01/01/1988 To 01/24/2024 |
| Seattle    WA   98109<br>City  State  ZIP Code | | |
| _____<br>Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| _____<br>Number  Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____<br>City  State  ZIP Code | | From _____ To _____ |

| Debtor 1 | Ronald | D. | Dotzauer | Case number (if known) 24-10052-TWD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Business Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number   Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____ | | From _____ To _____ |
| **City          State    ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☒ Yes. Fill in the details below.

**Date issued**

Bush Kornfeld LLP
**Name**

11/27/2023
**MM / DD / YYYY**

601 Union Street
**Number   Street**

Suite 5000

Seattle          WA    98101
**City          State    ZIP Code**

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Ronald D. Dotzauer
**Signature of Debtor 1**

✗ _____
**Signature of Debtor 2**

Date 04/17/2024

Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No
☒ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

In Re Donald D. Dotzauer
Case No. 24-10052-TWD
Addendum to Statement of Financial Affairs for Individuals

Part 3: Payment to any creditor totaling $600 or more:

| Creditor: | Dates of Payments: | Total amount paid: | Amount you still owe: | Payment for: |
|---|---|---|---|---|
| Toyota Financial Services PO Box 22171 Tempe, AZ 85285 | 01/2024 | $2,200.00 | $90,000 | 2022 Lexus LC500 |

Part 4: Identify Legal Actions, Repossessions, and Foreclosures

| Case Title | Case No. | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Trujillo v. Strategies 360, Inc., et al. | D-101-CV-2023-02290 | gender discrimination and retaliatory termination | Santa Fe County, 1st Judicial Dist. Ct. 225 Montezuma Ave Santa Fe, NM 87501 | |

Part 5: Certain Gifts and Contributions:
Political Contributions:

| Committee Name | Report Yr | Contribution Receipt Date | Amount |
|---|---|---|---|
| PEOPLE FOR PATTY MURRAY | 2022 | 5/4/2022 | 2000 |
| STRICKLAND FOR WASHINGTON | 2021 | 11/10/2021 | 1900 |
| HAWAII PAC | 2022 | 1/27/2022 | 2500 |
| PINEAPPLE PAC | 2022 | 1/27/2022 | 2500 |
| CATHERINE CORTEZ MASTO FOR SENATE | 2022 | 7/15/2022 | 2900 |
| TOKUDA FOR HAWAII | 2022 | 6/30/2022 | 2900 |
| ANDREA SALINAS FOR OREGON | 2022 | 8/18/2022 | 2900 |
| MAGGIE FOR NH | 2022 | 6/30/2022 | 400 |
| MAGGIE FOR NH | 2022 | 6/30/2022 | 2100 |
| MAGGIE FOR NH | 2022 | 6/6/2022 | 2500 |
| ZIMMERMAN FOR CONGRESS | 2022 | 9/30/2022 | 2000 |
| ZIMMERMAN VICTORY FUND | 2022 | 9/30/2022 | 2000 |
| MARIE FOR CONGRESS | 2022 | 10/24/2022 | 2900 |
| PINEAPPLE PAC | 2023 | 1/31/2023 | 2500 |
| DR KIM SCHRIER FOR CONGRESS | 2023 | 4/25/2023 | 1000 |
| MARIE FOR CONGRESS | 2023 | 6/29/2023 | 1000 |
| FRIENDS OF MARIA | 2023 | 9/29/2023 | 3300 |
| Bruce A. Harrell | 2021 | | 550 |
| Drew Hansen | 2022 | | 1000 |
| Garth Fell | 2023 | | 500 |
| James Dow Constantine (JAMES CONSTANTINE) | 2021 | | 1000 |
| LOVICK JOHNNY R (John Lovick) | 2022 | | 1000 |
| Jesse Salomon | 2022 | | 500 |
| Robert W. Ferguson (Bob Ferguson) | 2024 | | 1750 |

Part 5: Certain Gifts and Contributions:

| Name & Address | Person's Relationship | Describe the Gift | Dates you gave the Gifts | Value |
|---|---|---|---|---|
| Lesil McGuire<br>2022 Kimberly Ln. Circle<br>Anchorage, AK 99515 | Friend | assistance with household expenses | 2022-2023 | $40,000 - $45,000 |