Judge Timothy W. Dore
Chapter 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

Ronald D. Dotzauer,

Debtor.

NO. 24-10052-TWD

**GLOBAL'S DECLARATION OF DEFAULT OF STIPULATION**

1. I am an attorney for Global Federal Credit Union (hereafter "Global") and am qualified and authorized to make this Declaration on its behalf. This Declaration is based on my personal knowledge and the records and files herein.

2. The above-named Debtor and Global, through their respective counsel, entered into a Stipulation resolving Global's Motion for Relief from Stay (ECF Doc. 65). A copy of that Stipulation is on file herein. That Stipulation was approved via Order of this Court on April 4, 2024.

3. The Stipulation provided that in the event the debtor defaulted on the performance required by the Stipulation that Global would be granted relief from stay upon ten days email notice of default to debtor's counsel.

4. On August 12, 2024, Global emailed notice of default to debtor through counsel. A true and correct redacted copy of that email is attached hereto as Exhibit A.

**DECLARATION OF DEFAULT** -1

DRAPER WOLDSETH PLLC
ATTORNEYS AT LAW
4208 198th St SW, Suite 201
Lynnwood, WA 98036
Phone: (425) 646-0104
Facsimile: (425) 646-2867

4. More than ten days have passed since the emailing of the notice to debtor's counsel, and the debtor has not cured their default.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing statement is true and correct.

DATED: __August 26, 2024__   /s/ Dane M. Woldseth
Lynnwood, Washington   Dane M. Woldseth

**DECLARATION OF DEFAULT** -2

DRAPER WOLDSETH PLLC
ATTORNEYS AT LAW
4208 198th St SW, Suite 201
Lynnwood, WA 98036
Phone: (425) 646-0104
Facsimile: (425) 646-2867

## Dotzauer, Ronald D.; WDWA Ch.11 Case No. 24-10052-TWD

**Dane Woldseth** <dane@draperwoldseth.com>
Mon 8/12/2024 12:12 PM
To: Duncan, Bradley <bduncan@swlaw.com>; Rataezyk, Josh <jrataezyk@swlaw.com>
Cc: tgere@swlaw.com <tgere@swlaw.com>; bpartridge@swlaw.com <bpartridge@swlaw.com>
Bcc: [redacted]

To All:

As you know, my office represents Global Federal Credit Union ("Global") in the above-referenced matter. Pursuant to paragraph 4 of the Stipulation Resolving Global Federal Credit Union's Motion for Relief from Stay ("Stipulation") filed and approved April 4, 2024 in the above-referenced matter, Global is hereby providing ten (10) day notice of default on the Stipulation and the opportunity to cure. The Debtor's July 19, 2024 payment of $326.67 was returned/rejected by the bank. If this default is not cured within 10 days of this email, Global may elect to proceed in accordance with the Stipulation.

Thank you.

--
**Dane M. Woldseth**
Attorney at Law
Draper Woldseth, PLLC
4208 198th St. SW, Ste. 201
Lynnwood, WA 98036
dane@draperwoldseth.com
Ph: (425) 646-0104
Fax: (425) 646-2867
http://www.draperwoldseth.com/

-----
The information in the e-mail message is intended only for the personal and confidential use of the designated recipients named above or their designees. This message may be an attorney-client communication, attorney work product and/or joint defense privileged and as such is privileged and confidential. If the reader of this message is not the intended recipient or a designee, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and delete the original message. Thank you.

**EXHIBIT A-1**