Below is the Order of the Court.



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Case No. 24-10052 |
| Ronald D. Dotzauer, | Chapter 11 |
| Debtor. | ORDER CONVERTING CHAPTER 11 CASE |

THIS MATTER came before the Court on the *United States Trustee's Motion to Convert or Dismiss Chapter 11 Case* (the "Motion"). The Court has reviewed and considered the Motion, any and all evidence submitted in support of and in opposition to the Motion, the records and files herein, and the oral argument of counsel at a hearing, if any,

HEREBY FINDS that:

1. Notice of the Motion was timely and adequate;

2. Cause exists pursuant to § 1112(b) to convert this case to a case under chapter 7; and

3. In addition to the foregoing, any and all additional findings of fact and conclusions of law orally set forth on the record at the time of the hearing on the Motion are adopted and incorporated herein pursuant to Fed. R. Civ. P. 52(a) and Fed. R. Bankr. P. 7052.

ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

NOW THEREFORE, based upon the foregoing findings,

IT IS HEREBY ORDERED THAT:

1. This chapter 11 case is converted to a case under chapter 7 of the Bankruptcy Code.
2. The Clerk of the Court shall forthwith provide notice of the conversion of this case to the Debtor, all creditors, and other parties in interest.

///END OF ORDER///

Presented by:

Jonas V. Anderson
Acting United States Trustee for Region 18

__/s/ Kathryn Evans__
Kathryn Evans, Cal Bar #240149
Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 24-10052-TWD    Doc 254    Filed 11/21/25    Ent. 11/21/25 10:51:28    Pg. 2 of 2